# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Peay and Associates, LLC, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>First Community Bank, a subsidiary of First Community Corporation, United Community Bank, Inc., First Citizens Bank, a division of First Citizens Bank & Trust, Co., TD Bank, N.A., a/k/a America's Most Convenient Bank, a subsidiary of TD Bank Group, Michael Crapps, as Director for First Community Bank, H. Lynn Harton, as Director for United Community Bank, Frank B. Holding, Jr., as Director for First Citizens Bank, and Amy Brinkley, as Director for TD Bank,<br><br>Defendants. | Civil Action No.: 6:20-cv-02651-TMC<br><br><br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A), FRCP** |

Plaintiff Peay & Associates, LLC, hereby files this stipulation of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure (FRCP). The above-named Defendants have yet to file either responsive pleadings or motions for summary judgment, and therefore voluntary dismissal is authorized at this time.

Accordingly, Plaintiff now files this motion and would ask for a dismissal without prejudice of Plaintiff's claims. Nothing herein should preclude or otherwise prevent Plaintiff from re-filing these claims at a later date.

[*Signature block on following page*]

Respectfully submitted,

*s/ Jessica L. Fickling*
J. Preston Strom, Jr. (Fed. Bar #4354)
Jessica L. Fickling (Fed. Bar #11403)
**STROM LAW FIRM, LLC**
6923 N. Trenholm Road, Suite 200
Columbia, SC 292046
Telephone: 803.252.4800
Facsimile: 803.252.4801
petestrom@stromlaw.com
jfickling@stromlaw.com

A. Gibson Solomons, III (Fed. Bar #7769)
**SPEIGHTS & SOLOMONS, LLC**
100 Oak Street, East
Hampton, SC 29924
Telephone: 803.943.4444
Facsimile: 803.943.4599
gsolomons@speightsandsolomons.com

ATTORNEYS FOR PLAINTIFF

September 11, 2020

## **CERTIFICATE OF COUNSEL**

I certify that on September 11, 2020, I caused the foregoing document to be filed via CM/ECF, and that this document was thereafter served on all parties or their counsel of record who have entered appearances in this matter. I further certify compliance with all local rules related to this filing.

*s/ Jessica L. Fickling*
